**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Randall Kurt Theunissen
Allen & Gooch
P. O. Box 81129
Lafayette LA 70598-1129

Michael Edward Parker
Allen & Gooch
P. O. Box 81129
Lafayette LA 70598-1129

Michael J. Rosen
Skarzynksi Black, LLP
205 N. Michigan Ave., Ste 2600
Chicago IL 60601

Peter F. Lovato, III
Skarzynski Black, LLP
205 N. Michigan Ave, Ste 2600
Chicago IL 60601

Edward Paige Sensenbrenner
Adams & Reese
701 Poydras St., Suite 4500
New Orleans LA 70139

Martin A. Stern
Adams & Reese
701 Poydras St., Suite 4500
New Orleans LA 70139

Raymond Peter Ward
Adams and Reese
701 Poydras Street, #4500
New Orleans LA 70139

**REHEARING ACTION: February 1, 2017**

**Docket Number: 16   00343-CA**
**GEORGE RAYMOND WILLIAMS, M.D.**
**VERSUS**
**SIF CONSULTANTS OF LOUISIANA, INC.**

**Appealed from St. Landry Parish Case No. 09-C-5244-C**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for panel rehearing or rehearing en banc filed by **Homeland Insurance Company of**

**New York** has this day been

    **DENIED.**
    Conery, J., would grant rehearing or alternatively, grant rehearing en banc.

cc: Janice Bertucci Unland, Counsel for the Appellee
    Daniel J. Layden, Counsel for the Appellee
    Ronald P. Schiller, Counsel for the Appellee
    Charles Thach Curtis  Jr., Counsel for the Appellee
    Gerard George Metzger, Counsel for the Appellee
    Larry Lane Roy, Counsel for the Appellee
    Thomas Allen Filo, Counsel for the Appellee
    Michael Kevin Cox, Counsel for the Appellee
    John Stanton Bradford, Counsel for the Appellee
    William Boyce Monk, Counsel for the Appellee
    Patrick Craig Morrow, Sr., Counsel for the Appellee
    Stephen Barnett Murray, Counsel for the Appellee
    James P. Ryan, Counsel for the Appellee
    Stephen Barnett Murray, Jr., Counsel for the Appellee
    Arthur M. Murray, Counsel for the Appellee
    Nicole A. Murray-Ieyoub, Counsel for the Appellee
    Steven William Usdin, Counsel for the Appellant
    Patrick A. Juneau  Jr., Counsel for the Appellee
    Cynthia J. Thomas, Counsel for the Appellee
    John Mark Fezio, Counsel for the Appellee